David W. Hamilton, Respondent, v. Niles-Bement-Pond Company, Appellant, Impleaded with New York Central and Hudson River Railroad Company.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented on the ground that the court committed reversible error in refusing to charge as requested by defendant's counsel, that if the plaintiff knew that the crane was to be moved he could not recover, and Robson, J., not voting.

Arthur L. Easingwood, Respondent, v. Joseph Rudd, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., not voting.

James B. Wise, Appellant, v. The Tube Bending Machine Company and Others, Respondents, Impleaded with Louies H. Brinkman and Others.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over upon payment of the costs of the demurrer and of this appeal: All concurred, except Robson, J., not voting.

Fred C. Woodruff and Charles F. Woodruff, Composing the Firm of Woodruff Brothers, Respondents, v. Ernest H. Luebbers, Jr., Appellant.— Order modified so as to require the bill of particulars to state the time or times and particular place or places, and at least one person who was present when plaintiff claims the slanderous words were spoken, and as so modified affirmed, without costs of this appeal to either party. All concurred; Robson, J., not sitting.

Henry L. Springer, Respondent, v. McCurdy & Norwell Company, Appellant.— Order modified so as to require as a condition of the amendment the payment of the costs of the action after notice of trial to the time the order was made, including ten dollars costs of the motion, and as so modified affirmed, without costs of this appeal to either party. All concurred; Robson, J., not sitting.

John McKie, as the Tax Collector for the West Side Sewer in the Town of Gates, Appellant, v. J. Henry Metcalf and Elizabeth Metcalf, Respondents, Impleaded with Others.— Order affirmed as to the consolidation of the first nine actions and reversed as to the tenth action, without costs of this appeal to either party, upon condition that the defendants Metcalf stipulate not to interpose answers or demurrers in any of said actions. In the event said defendant shall refuse to so stipulate the order appealed from is hereby reversed, with ten dollars costs and disbursements of this appeal. All concurred.

George F. Tisdale, Appellant, v. Martin Rider and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Albert J. Winter, Appellant, v. City of Niagara Falls, Respondent.— Motion for leave to appeal to the Court of Appeals granted, the questions to be certified for review to be settled by and before Mr. Justice Spring on two days' notice.

The Le Roy Hydraulic Electric and Gas Company, Appellant, v. Dominico Mound, Respondent. The Le Roy Hydraulic Electric and Gas Company, Appellant, v. Louis Guarino, Respondent. The Le Roy Hydraulic Electric and Gas Company, Appellant, v. John Dispenza, Respondent. The Le Roy Hydraulic